# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

UNITED STATES OF AMERICA,           )   VIOLATION NO. L0106364
                                    )
            Plaintiff,               )   **ORDER TO APPEAR**
                                    )
vs.                                 )
                                    )
Dwayne B. Burns                     )
                                    )
            Defendant.               )
_____)

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on October 4, 2006 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 8-16-06

                                        _____
                                        Christy L. Pine
                                        Deputy Clerk for
                                        U.S. Magistrate Judge Craig M. Kellison

cc:     Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
        Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
        Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of
            Probation Cause)
        Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)